NOS. 12-16-00080-CR
12-16-00081-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *MARY NYAMETEH,* <br> *APPELLANT* | § | *APPEALS FROM THE* |
| *V.* | § | *COUNTY COURT AT LAW* |
| *THE STATE OF TEXAS,* <br> *APPELLEE* | § | *NACOGDOCHES COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

These appeals are being dismissed for want of jurisdiction. Appellant was convicted of criminal trespass and placed on community supervision in each case. Thereafter, Appellant filed a notice of appeal.

To be sufficient to invoke the appellate court's full jurisdiction, the notice of appeal filed by an appellant in a criminal case must bear the trial court's certification of the appellant's right to appeal under Texas Rule of Appellate Procedure 25.2(a)(2). TEX. R. APP. P. 25.2(d). The certification should be part of the record when the notice is filed, but may be added by timely amendment or supplementation. *Id.* Appellant's notice of appeal does not include the required certification of her right to appeal in either case.

On April 22, 2016, this court notified Appellant through her counsel, pursuant to Texas Rules of Appellate Procedure 25.2 and 37.1, that the notice of appeal does not include the trial court certification. The notice also informed Appellant that the appeals would be dismissed unless, on or before May 9, 2016, the clerk's record was amended to include the required certification.

The deadline for responding to this court's notice has expired, and the clerk's record has

not been amended to show Appellant's right to appeal.  Therefore, the appeals are ***dismissed for want of jurisdiction***.

Opinion delivered May 11, 2016.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MAY 11, 2016**

**NO. 12-16-00080-CR**

**MARY NYAMETEH,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the County Court at Law

of Nacogdoches County, Texas (Tr.Ct.No. CF1500829)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this court is without jurisdiction of the appeal, and that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed for want of jurisdiction**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*